UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ALEXANDER-CAMPOS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PEREZ, et al.,<br><br>    Defendants. | Case No. 25-cv-00284-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    3/3/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge